NUMBER 13-00-140-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

____________________________________________________________________ 



IN RE: ABB KRAFTWERKE ALTIENGESELLSCHAFT, ET AL. 

____________________________________________________________________ 



On Petition for Writ of Mandamus 

____________________________________________________________________ 



O P I N I O N 

Before Chief Justice Seerden and Justices Dorsey and
Yanez 

Opinion Per Curiam 



On March 10, 2000, relators filed a petition for writ of mandamus and motion for stay.
Relators' motion emergency for stay was granted by this Court on March 13, 2000. Relators
have now filed a motion to dismiss. In the motion, relators state that there is no longer
an issue in controversy and that this proceeding should be dismissed as moot. 



The Court, having considered the documents on file and relators' motion to dismiss, is
of the opinion that the motion should be granted. The stay granted on March 13, 2000, is
ordered lifted. Relators' motion to dismiss is granted, and the petition for writ of
mandamus is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 31st day of March, 2000.